**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7745**

———————

MARCUS ANTONIO FRIERSON, a/k/a Antonio Marcus Frierson,

Plaintiff – Appellant,

v.

ACC WARDEN W. BELL; SGT. MALCOM X. WILLIAMS; R. HILTON,
SMU; B. OBVERMEN, SMU; LT. E. MIMS, SMU; JOHN OZMINT,

Defendants – Appellees,

and

CAPT HUGHES; SGT. G. TONEY; OFC RICHARD MCCONICO; OFC
PARKER, BM SMU; SGT G. PERASON; LT CEDRIC JUNE,

Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Mary G. Lewis, District Judge.
(1:09-cv-00094-MGL)

———————

Submitted:  January 31, 2013      Decided:  February 25, 2013

———————

Before DAVIS, DIAZ, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marcus Antonio Frierson, Appellant Pro Se. Edgar Lloyd Willcox,
II, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Antonio Frierson appeals the district court's judgment entered for the Defendants following a jury trial on his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED